JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07740-FMO-AS<br><br>**ORDER GRANTING STIPULATION [7] REMAND OF ACTION TO STATE COURT** |

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Court REMANDS the action to the Los Angeles County Superior Court (case number 20STCV27576).

    IT IS SO ORDERED.

Dated: September 4, 2020

                                                              /s/_____
                                                          Hon. Fernando M. Olguin
                                                         United States District Judge